UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DARNELL DENEGAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P.D. BRAZELTON,<br><br>　　　　Defendant. | Case No.: 1:14-cv-01410-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT BRAZELTON TO FILE ANSWER TO COMPLAINT WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 25] |

　　Plaintiff Keith Darnell Denegal is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　On January 8, 2016, the Court granted in part and denied in part Defendants' motion to dismiss. (ECF No. 25.) This action now proceeds against Defendant Brazelton only on Plaintiff's claim under the First Amendment.

　　Accordingly, within thirty (30) days from the date of service of this order, Defendant Brazelton shall file an answer to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: **January 11, 2016**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1