UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DARNELL DENEGAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P.D. BRAZELTON,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-01410-DAD-SAB (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

　　　　Plaintiff Keith Darnell Denegal is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The Court has determined that this case will benefit from a settlement conference.  Therefore, this case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference at the United States District Court, 501 I Street, Sacramento, California 95814 in Courtroom #25 on March 31, 2016 at 1:00 p.m.

A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Kendall J. Newman on March 31, 2016 at 1:00 p.m. at the United States District Court, 501 I Street, Sacramento, California 95814 in Courtroom #25.

///

///

1

2. A representative with full and unlimited authority to negotiate and enter into a binding settlement on the defendants' behalf shall attend in person.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. Judge Newman or another representative from the court will be contacting the parties either by telephone or in person, approximately one week prior to the settlement conference, to ascertain each party's expectations of the settlement conference.

IT IS SO ORDERED.

Dated: **February 1, 2016**

_____
UNITED STATES MAGISTRATE JUDGE