UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DARNELL DENEGAL,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>P. D. BRAZELTON, et.al.,<br><br>　　　　　　　　Defendants. | Case No. 1:14-cv-01410-DAD-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE KEITH DARNELL DENEGAL, CDCR # H-63317<br><br>DATE: 03/31/2016<br>TIME:  1:00 p.m.<br>COURTROOM: 25 (KJN) |

　　　Inmate Keith Darnell Denegal, CDCR # H-63317, a necessary and material witness in a settlement conference in this on 03/31/2016, is confined at California State Prison-Corcoran (COR), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, March 31, 2016, at 1:00 p.m.

　　　**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To the Warden of COP, P.O. Box 8800, Corcoran, California 93212:**

　　　**WE COMMAND** you to produce the inmate named above, along with his legal property, to appear before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:　__**March 1, 2016**__

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

