UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH DARNELL DENEGAL,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>P. D. BRAZELTON,<br><br>　　　　　　Defendant. | No. 1:14-cv-01410-DAD-SAB (PC)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE AND CLOSING CASE<br><br>(Doc. No. 37) |

Plaintiff Keith Darnell Denegal is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 1, 2016, the parties submitted a stipulation to dismiss the instant action with prejudice, with each party to bear its own costs and attorney's fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. No. 37.)  In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby dismissed with prejudice and without an award of attorneys' fees and costs to either party.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **April 4, 2016**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1